UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on May 11, 2006

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO: |
| | : | |
| v. | : | |
| | : | MAGISTRATE NO: 07-416M-01 (CR) |
| NATHAN SMITH, | : | |
| also known as Nathaniel Ames | : | |
| also known as Mark Rhodes | : | VIOLATION:  18 U.S.C. § 2113(a) |
| also known as Nathaniel Pembroke | : | (Bank Robbery) |
| also known as Nathaniel Brenson | : | |
| Defendant. | : | |

**INDICTMENT**

The Grand Jury charges that:

**COUNT ONE**

On or about August 20, 2007 in the District of Columbia, the defendant, **NATHAN SMITH, also known as Nathaniel Ames, also known as Mark Rhodes, also known as Nathaniel Pembroke, also known as Nathaniel Brenson**, by force, violence and intimidation did take from the person or presence of another money, belonging to and in the care, custody, control, management, and possession of the PNC Bank located at 1348 4th Street, N.E., Washington, D.C., a bank whose deposits were then insured by the Federal Deposit Insurance Corporation.

(**Bank Robbery**, in violation of Title 18, United States Code, Section 2113(a)).

A TRUE BILL:

FOREPERSON.

Attorney for the United States in
and for the District of Columbia