**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | **CRIMINAL NO.  07-234 (PLF)** |
| | **:** | |
| v | **:** | **VIOLATION: 18 U.S.C. § 2113(a)** |
| | **:** | **(Bank Robbery)** |
| **NATHAN SMITH,** | **:** | |
| **also known as Nathaniel Ames** | **:** | |
| **also known as Mark Rhodes** | **:** | |
| **also known as Nathaniel Pembroke** | **:** | |
| **also known as Nathaniel Brenson** | **:** | |
| | **:** | |
| Defendant. | **:** | |

**NOTICE OF FILING**

The United States of America, by and through its attorney, the United States Attorney for

the District of Columbia, hereby provides notice of filing of the attached Proposed Order relating

to its Motion to Order Handwriting Exemplars, Saliva and Hair Samples.  It is being submitted

for the Limited Purpose of asking the Court to order the defendant to submit a Handwriting

Exemplar, as that is the only unopposed portion of the government's motion.


Respectfully submitted,


JEFFREY TAYLOR
United States Attorney


_____/s/_____
Debra Long-Doyle
Assistant United States Attorney
Federal Major Crimes Section
555 4th Street, N.W. 4th Floor
Washington, DC 20001
Phone: (202) 305-0634

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | **CRIMINAL NO. :    07-234 (PLF)** |
| | **:** | |
| **v.** | **:** | |
| | **:** | **VIOLATION: 18 U.S.C. § 2113(a) (Bank** |
| **NATHAN SMITH,** | **:** | **Robbery)** |
| **also known as Nathaniel Ames** | **:** | |
| **also known as Mark Rhodes** | **:** | |
| **also known as Nathaniel Pembroke** | **:** | |
| **also known as Nathaniel Brenson** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

ORDER

Based upon the government's motion that the defendant produce handwriting exemplars, and

for good cause shown, the Court having given consideration to the case law, and to the fact that

defendant, through counsel does not oppose this motion as it pertains to handwriting exemplars, it

is this _____ day of October, 2007,

**ORDERED**, that the defendant provide handwriting exemplars to the government on a date

mutually agreed upon by the parties.

_____
**DEBORAH A. ROBINSON
UNITED STATES DISTRICT COURT
MAGISTRATE JUDGE**