IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | CRIMINAL NO. :   07-234 (PLF) |
| : | |
| v. : | |
| : | VIOLATION: 18 U.S.C. § 2113(a) (Bank |
| NATHAN SMITH, : | Robbery) |
| also known as Nathaniel Ames : | |
| also known as Mark Rhodes : | |
| also known as Nathaniel Pembroke : | |
| also known as Nathaniel Brenson : | |
| : | |
| Defendant. : | |

## GOVERNMENT'S SUPPLEMENT TO ITS MOTION
## TO COMPEL PRODUCTION OF SALIVA AND HAIR
## SAMPLES AND REPLY TO DEFENDANT'S OPPOSITION

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this supplement to Government's Motion to Compel the Production of Saliva and Hair Samples by the defendant in the above-referenced case and Reply to Defendant's Opposition.  In support of its motion, the United States states the following.

In his Response to government's motion defendant, Nathan Smith, opposed the government's motion to compel saliva and pulled hair samples because the government failed to proffer any evidentiary value of such samples.  The government submits that on the shirt which was believed to have been worn by the defendant during the bank robbery and is believed to have been discarded by the defendant during his escape, the evidence technician recovered limb hair.  In addition, hair fragments were recovered from the jacket which matches the description of the jacket worn by the defendant during the bank robbery and is believed to have been discarded by the defendant during his escape.

If the Court grants the government's motion to order production of pulled hair samples and saliva, the recovered hairs will be compared to defendant's known samples and will be tested for both mitochondrial and nuclear DNA matches.

WHEREFORE, for the reasons stated herein and the reasons stated in the government's initial motion, the government requests that this Court order the defendant to provide Saliva and Hair Samples on a date mutually agreeable to the parties.

                                            Respectfully submitted,

                                            JEFFREY A. TAYLOR
                                            United States Attorney
                                            D.C. Bar Number 498610

By:               /S/                    
     Debra L. Long-Doyle
     D.C. Bar Number 362518
     Assistant U.S. Attorney
     United States Attorney's Office
     Federal Major Crimes Section
     555 4th Street, N.W.
     Washington, D.C. 20530
     (202) 353-1666
     Debra.Long-Doyle@usdoj.gov