(6)
(7)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL NO. :   07-234 (PLF) |
| v. | : |
| | : VIOLATION: 18 U.S.C. § 2113(a) (Bank |
| NATHAN SMITH, | : Robbery) |
| also known as Nathaniel Ames | : |
| also known as Mark Rhodes | : |
| also known as Nathaniel Pembroke | : |
| also known as Nathaniel Brenson | : |
| | : |
| Defendant. | : |

**FILED**

OCT - 9 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

Based upon the government's unopposed motion that the defendant produce handwriting exemplars, and for good cause shown, the Court having given consideration to the case law, and to the fact that defendant, through counsel does not oppose this motion as it pertains to handwriting exemplars, it is this 9th day of October, 2007,

**ORDERED**, that the defendant provide handwriting exemplars to the government on a date mutually agreed upon by the parties.

_____
DEBORAH A. ROBINSON
UNITED STATES DISTRICT COURT
MAGISTRATE JUDGE

TOTAL P.02