IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | 07-CR-234 (PLF) |
| NATHAN SMITH | : | |

### NOTICE OF FILING

Mr. Nathan Smith, the defendant, through undersigned counsel, pursuant to the Court's direction at the October 24, 2007, status hearing, hereby submits the attached proposed Order, directing the Probation Office to prepare a report of Mr. Smith's criminal history.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/
_____
MARY MANNING PETRAS
Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C.  20004
(202) 208-7500

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| v. | : | 07-CR-234 (PLF) |
| **NATHAN SMITH** | : | |

## ORDER

Upon consideration of defendant's oral motion at the October 24, 2007, status hearing in this matter, it is this __ day of October, 2007, hereby

ORDERED that the United States Probation Office shall prepare a report of Nathan Smith's criminal history calculation under the United States Sentencing Guidelines.

_____
THE HONORABLE PAUL L. FRIEDMAN