**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. :    07-234 (PLF)** |
| | : | |
| **v.** | : | |
| | : | **VIOLATION: 18 U.S.C. § 2113(a) (Bank** |
| **NATHAN SMITH,** | : | **Robbery)** |
| **also known as Nathaniel Ames** | : | |
| **also known as Mark Rhodes** | : | |
| **also known as Nathaniel Pembroke** | : | |
| **also known as Nathaniel Brenson** | : | |
| | : | |
| **Defendant.** | : | |

**<u>NOTICE OF FILING</u>**

        The United States of America, by and through its attorney, the United States Attorney for the

District of Columbia, hereby provides notice of filing of the attached Proposed Order relating to its

Motion to Order Handwriting Exemplars, Saliva and Hair Samples and the Supplement thereto.  It

is being submitted for the purpose of asking the Court to order the defendant to provide a saliva

sample, to which there is no opposition by the defendant.

                                Respectfully submitted,

                                JEFFREY A. TAYLOR
                                United States Attorney
                                D.C. Bar Number 498610


                By:    _____/S/_____
                                Debra L. Long-Doyle
                                D.C. Bar Number 362518
                                Assistant U.S. Attorney
                                United States Attorney's Office
                                Federal Major Crimes Section
                                555 4th Street, N.W.
                                Washington, D.C.  20530
                                (202) 353-1666
                                Debra.Long-Doyle@usdoj.gov

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. :    07-234 (PLF)** |
| | : | |
| **v.** | : | |
| | : | **VIOLATION: 18 U.S.C. § 2113(a) (Bank** |
| **NATHAN SMITH,** | : | **Robbery)** |
| **also known as Nathaniel Ames** | : | |
| **also known as Mark Rhodes** | : | |
| **also known as Nathaniel Pembroke** | : | |
| **also known as Nathaniel Brenson** | : | |
| | : | |
| **Defendant.** | : | |

<u>ORDER</u>

     Based upon the government's unopposed motion that the defendant produce saliva samples,

and for good cause shown, the Court having given consideration to the case law, and to the fact that

defendant, through counsel does not oppose this motion, it is this ____ day of October, 2007,

     **ORDERED**, that the defendant provide saliva samples to the government on a date mutually

agreed upon by the parties.


_____
**PAUL L. FRIEDMAN
UNITED STATES DISTRICT COURT JUDGE**