IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA     :

v.                           :     07-CR-234 (PLF)

NATHAN SMITH                 :

FILED

NOV 0 2 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

Upon consideration of defendant's oral motion at the October 24, 2007, status hearing in this matter, it is this 2nd day of November, 2007, hereby

ORDERED that the United States Probation Office shall prepare a report of Nathan Smith's criminal history calculation under the United States Sentencing Guidelines.

_____
THE HONORABLE PAUL L. FRIEDMAN