UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NO. 07-234 (PLF)** |
| | : | |
| v. | : | |
| | : | |
| **NATHAN SMITH,** | : | |
|     **Defendant.** | : | |

## NOTICE OF APPEARANCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and Assistant United States Attorney Louis Ramos, hereby informs the Court that he is entering his appearance in this matter on behalf of the United States.

    Respectfully submitted,

    JEFFREY A. TAYLOR
    United States Attorney

    _____
    LOUIS RAMOS
    Assistant United States Attorney
    Federal Major Crimes , Bar No. 472176
    555 4th Street, NW,  Room 4243
    Washington, DC 20530
    202-305-2195