FILED

NOV 15 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. : 07-234 (PLF) |
| v. | : | |
| NATHAN SMITH, | : | |
| also known as Nathaniel Ames, | : | |
| also known as Mark Rhodes | : | |
| also known as Nathaniel Pembroke | : | |
| also known as Nathaniel Brenson | : | |
| Defendant. | : | |

## ORDER

Upon motion of the United States of America in the above-captioned case for an Order of Court requiring the defendant, Nathan Smith, to submit to the taking of major case fingerprints, and the Court having found probable cause to believe that the fingerprints will produce evidence of the defendant's involvement in the crimes charged, it is by the Court this 15th day of November, 2007;

ORDERED, that defendant Nathan Smith submit to the taking of major case fingerprints, and that the fingerprints be turned over to an agent with the Federal Bureau of Investigation; and it is further

ORDERED, that the parties work out a mutually agreeable date upon which the defendant may be taken to the U.S. Marshal's cellblock of the U.S. District Courthouse, so that the major case fingerprints may be taken.

/s/ Paul L. Friedman
Paul L. Friedman
United States District Judge