IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | 07-CR-234 (PLF) |
| NATHAN SMITH | : | |

## NOTICE OF FILING

Undersigned counsel, after consulting with Assistant United States Attorney Debra Long-Doyle and pursuant to the Court's direction at the November 26, 2007, hearing, hereby submits the attached proposed Scheduling Order.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/
_____
MARY MANNING PETRAS
Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C. 20004
(202) 208-7500

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | 07-CR-234 (PLF) |
| NATHAN SMITH | : | |

**SCHEDULING ORDER**

It is this __ day of November, 2007, hereby

ORDERED that the government shall file a supplement regarding its notice filed pursuant to Federal Rule of Criminal Procedure 609, and the defendant shall file a supplement regarding his motions to suppress on or before December 7, 2007; and it is further

ORDERED that the parties shall file responses to the supplemental pleadings on or before December 21, 2007; and it is further

ORDERED that the parties shall file a joint submission with proposed voir dire questions and jury instructions on or before December 7, 2007.

_____
THE HONORABLE PAUL L. FRIEDMAN