IN THE UNITED·STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. :    07-234 (PLF) |
| | : | |
| v. | : | |
| | : | VIOLATION: 18 U.S.C. § 2113(a) (Bank |
| NATHAN SMITH, | : | Robbery) |
| also known as Nathaniel Ames | : | |
| also known as Mark Rhodes | : | |
| also known as Nathaniel Pembroke | : | |
| also known as Nathaniel Brenson | : | |
| | : | |
| Defendant. | : | |

**FILED**

**DEC 2 1 2007**

Clerk, U.S. District and
Bankruptcy Courts

## GOVERNMENT'S NOTICE OF FILING JOINT PRETRIAL STATEMENT

The United States of America, by and through the United States Attorney for the District of
Columbia, respectfully gives Notice of Filing the Joint Pretrial Statement as indicated below.

The government initially prepared the Jury Instructions and submitted them to the defense
attorney. The defense attorney then made suggested changes and submitted them to the government.
Counsel for both sides were able to agree on most of the suggestions. However, the government has
indicated where there is disagreement and the reasons therefor, in the attached Pretrial Statement and
as indicated by underlined and bolded bracketed portions.

Wherefor, the government submits the attached document.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney
D.C. Bar Number 498610


By:_____/S/_____
             Debra L. Long-Doyle
             D.C. Bar Number 362518
             Louis Ramos
             D.C. Bar Number 472176
             Assistant U.S. Attorneys
             United States Attorney's Office
             Federal Major Crimes Section
             555 4th Street, N.W.
             Washington, D.C.  20530
             (202) 353-1666
             Debra.Long-Doyle@usdoj.gov
             Louis.Ramos@usdoj.gov

CR 07-234

FILED

DEC 2 1 2007

Clerk, U.S. District and
Bankruptcy Courts

## JOINT STATEMENT OF THE CASE

The government alleges that on August 21, 2007, a PNC branch bank, located at 1348 Fourth

Street, N.E., Washington, D.C., was robbed. The government contends that the person who robbed

the bank was able to successfully flee from the bank with approximately $7,477.00. The defendant,

Nathan Smith is now on trial for the commission of the August 21st bank robbery. The government

alleges that the defendant, Nathan Smith, committed the bank robbery. Mr. Smith maintains that he

is innocent and that he did not commit the robbery.