UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | |
| v. | ) ) | Criminal No. 07-0234 (PLF) |
| NATHAN SMITH, | ) ) ) | |
| Defendant. | ) ) | |

ORDER

This matter came on for evidentiary hearings on November 20 and 26, 2007 on the defendant's motions to suppress tangible evidence and identification testimony. The Court has considered the initial briefs and the oral arguments of counsel for the parties, the testimony of Detective Anthony Johnson and Officer Michael Derian, and the post-hearing briefs filed by counsel. For the reasons stated in open court on January 8, 2008, the motions to suppress are hereby DENIED.

SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: January 10, 2008