IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CRIMINAL NO. :   07-234 (PLF) |
| | : | |
| v. | : | |
| | : | VIOLATION: 18 U.S.C. § 2113(a) (Bank |
| **NATHAN SMITH,** | : | Robbery) |
| **also known as Nathaniel Ames** | : | |
| **also known as Mark Rhodes** | : | |
| **also known as Nathaniel Pembroke** | : | |
| **also known as Nathaniel Brenson** | : | |
| | : | |
| **Defendant.** | : | |

## GOVERNMENT'S PROPOSED JURY INSTRUCTION
## REGARDING THE SHOWUP IDENTIFICATION OF THE DEFENDANT

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully proposes the following instruction regarding the showup identification of the defendant in the above-captioned matter:

> You heard evidence that two of the witnesses identified the defendant during a 'showup identification.' This is a procedure by which the suspect is presented, by himself, to each witness, to determine whether the witness can identify him. As I instructed you at the beginning of this case, it is my responsibility to rule on the legal questions. In that regard, I have already determined as a matter of law that the showup procedure used in this case was lawful.

As authority, the United States refers the Court to United States v. Sanders, 196 F.3d 910 (8th Cir. 1999). In that case, the District Court instructed the jury that the court had already found the stop and search of the defendant to be legal. *Id.* at 914. The court felt this instruction was necessary because the defendant's questioning of witnesses "cast doubt on the legality" of the search. *Id.*

In the present case, this Court denied the defendant's motion to suppress the showup identifications because there was no evidence that the procedures were unduly suggestive or

otherwise unreliable. Nonetheless, defense counsel called into question the propriety of the procedure during the questioning of witnesses and will no doubt do so in closing argument. Accordingly, to ensure the jury understands that the showup identification procedure was lawful, the United States respectfully requests that the Court provide the proposed instruction.

        Respectfully submitted,
        JEFFREY A. TAYLOR
        United States Attorney
        D.C. Bar Number 498610

By:           /S/
        Debra L. Long-Doyle
        D.C. Bar Number 362518
        Louis Ramos
        D.C. Bar Number 472176
        Assistant U.S. Attorneys
        United States Attorney's Office
        Federal Major Crimes Section
        555 4th Street, N.W.
        Washington, D.C. 20530
        (202) 353-1666
        Debra.Long-Doyle@usdoj.gov
        Louis.Ramos@usdoj.gov