UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

JAN 24 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA          :

                                  :

         v.                       :     Cr. No. 07-234 (PLF)

                                  :

NATHAN SMITH                      :


## Verdict Form

As to the charge of bank robbery, we the jury find the defendant, Nathan Smith:

__X__ Not Guilty                    _____ Guilty

                              _____
                              Foreperson
                              James A. Fitch

DATE: 1/24/2008