AO 245A  (AO Rev. 12/03 - DC Rev. 12/05) Judgment of Acquittal

# UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

**FILED**

JAN 24 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.

NATHAN SMITH

**JUDGMENT OF ACQUITTAL**

CASE NUMBER:  CR 07-234 (PLF)

A jury having found the defendant, Nathan Smith, not guilty as to Count 1 of the Indictment, it is ORDERED that the defendant, Nathan Smith, is acquitted, discharged, and any bond exonerated.

_____
Signature of Judge

| Paul L. Friedman | U. S. District Judge |
|---|---|
| Name of Judge | Title of Judge |

_____
Date


(N)