Juror questions asked during trial testimony.

CR 07-234

**FILED**

JAN 1 8 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Question: Did the fingerprints on the glass screen in front of Teller #2 (that the robber touched) match those found on the clipboard?

Juror #8

DID JOVAN GARDIN attend Taft Junior High School or McKinley Tech Senior High School?

I believe she's friends with one of my ex-girlfriends.

#11